**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mario BRANCH, Defendant–Appellant.**

**No. 12–6512.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2012.

Decided: Aug. 31, 2012.

Mario Branch, Appellant Pro Se. Angela Mastandrea–Miller, Assistant United

---

States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Branch appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Branch,* No. 3:09–cr–00157–JRS–1 (E.D.Va. Mar. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*